consideration or decision of this petition.

No. 72–1436.   UNITED TRANSPORTATION UNION LODGE 550 ET AL. *v.* ROCK ET AL.   C. A. 4th Cir.   Certiorari denied.   MR. JUSTICE POWELL took no part in the consideration or decision of this petition.

No. 71–1082.   ASKEW, GOVERNOR OF FLORIDA, ET AL. *v.* AMERICAN WATERWAYS OPERATORS, INC., ET AL., 411 U. S. 325;

No. 71–1545.   BUTZ, SECRETARY OF AGRICULTURE, ET AL. *v.* GLOVER LIVESTOCK COMMISSION CO., INC., 411 U. S. 182; and

No. 72–6133.   LANDIS *v.* UNITED STATES, 411 U. S. 935. Petitions for rehearing denied.

No. 72–5024.   CAMPBELL *v.* GEORGIA ET AL., 409 U. S. 984; and

No. 72–5921.   STOKES *v.* UNITED STATES POSTAL SERVICE ET AL., 410 U. S. 985.   Motions for leave to file petitions for rehearing denied.

JUNE 8, 1973

No. A–1219.   HELFANT *v.* KUGLER, ATTORNEY GENERAL OF NEW JERSEY, ET AL.   Application for injunction pending disposition of appeal in the United States Court of Appeals for the Third Circuit presented to MR. JUSTICE BRENNAN, and by him referred to the Court, denied. Mr. JUSTICE BRENNAN took no part in the consideration or decision of this application.